IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT BURNHAM,

      Petitioner,

vs.                                    No. CIV-25-735 KG/JHR

ATTORNEY GENERAL for
the STATE of NEW MEXICO,

      Respondent.

## ORDER

THIS MATTER comes before the Court on *Respondent's Motion for an Extension of Time to File His Limited Answer to Robert Burnham's Pro Se Petition for Writ of Habeas Corpus [Doc. 1]*. Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

IT IS, THEREFORE, ORDERED that *Respondent's Motion for an Extension of Time to File His Limited Answer to Robert Burnham's Pro Se Petition for Writ of Habeas Corpus [Doc. 1]* is GRANTED.

IT IS FURTHER ORDERED that Respondent shall have until June 4, 2026, to file his limited answer.

IT IS FURTHER ORDERED that Mr. Burnham may file an optional reply within thirty (30) days after the limited answer is filed.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.